## TAYLOR PARK LAND CO v BANTROLME

Ohio Appeals, 8th Dist, Cuyahoga Co
No 10895. Decided Oct 6, 1930

H. B. Howells, Cleveland, for Land Co.
Charles F. Carr, Cleveland, for Bantrolme.

686

**PER CURIAM**

The court is of the opinion, construing the contract not by any one phrase but considering its four corners, that whatever right there was reserved in the decedent with reference to the buildings, was a right personal to him only and that it ceased at his death and that therefore his heirs have no right to remove said buildings.

A decree will therefore be ordered in favor of plaintiff and a journal entry will be drawn accordingly.

Vickery, PJ, Levine and Cline, JJ, concur.